```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

  UNITED STATES OF AMERICA,

                    Plaintiff,          Case No. 18-20256
     -v-

  D-3, KARINA GARCIA,

                    Defendant.
  _____/

                          INITIAL APPEARANCE

           BEFORE MAGISTRATE JUDGE R. STEVEN WHALEN
                  United States Magistrate Judge
              Theodore Levin United States Courthouse
                   231 West Lafayette Boulevard
                        Detroit, Michigan
                          April 9, 2018

  APPEARANCES:

  FOR THE PLAINTIFF:    ANDREW LIEVENSE
                        U.S. Attorney's Office
                        211 W. Fort Street
                        Suite 2001
                        Detroit, MI 48226


  FOR THE DEFENDANT:    NANCY MCGUNN
                        Federal Defenders Office
                        615 Abbott Street
                        Fifth Floor
                        Detroit, MI  48226



  INTERPRETER:  Fehmi Yasin

  TRANSCRIBED BY:
  Christin E. Russell
  FCRR, CRR, RPR, CSR-5607
  (248) 420-2720
  Proceedings digitally recorded.
```

1                         TABLE OF CONTENTS

2    Hearing                                                    Page

3     Initial Appearance                                         3

4

5

6

7

8
     Exhibits:
9    No.            Description                                 Page

10

11

12    CERTIFICATE OF REPORTER                                    6

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   Detroit, Michigan
 2   April 9, 2018
 3   3:28 p.m.
 4                        *     *     *
 5          THE CLERK:  Calling Case No. 18-30195, Defendant No. 3.
 6   United States of America vs. Karina Garcia.
 7          MR. LIEVENSE:  Once again, Andrew Lievense on behalf of
 8   the United States.  This is, once again, Ms. Garcia's initial
 9   appearance on a criminal complaint.
10          THE COURT:  Okay.  Yasin, you are again interpreting,
11   having already been sworn.
12          Ms. Garcia?
13          THE DEFENDANT:  Yes.
14          THE COURT:  You are here in this same criminal
15   complaint that charges you with conspiracy to possess with
16   intent to distribute a controlled substance.
17          Have you received a copy of this complaint?
18          THE INTERPRETER:  Yes.
19          THE COURT:  And was that translated into Spanish for
20   you?
21          THE INTERPRETER:  No.
22          THE COURT:  Okay.  Okay.  We're going to make sure that
23   that's done so that you completely understand what you're
24   charged with and, you know, what the facts are that the
25   Government alleges.
```

```
 1              However, I do want to tell you that you don't have to
 2   say anything about this matter, and anything you do say can be
 3   used against you in court.  You do have a right to a lawyer.
 4   If you can't afford to pay one, I will appoint a lawyer for
 5   you.
 6              Would you like me to do that, Ms. Garcia?
 7              THE INTERPRETER:  I don't know.  My kids are in the
 8   back.
 9              THE COURT:  I'm sorry.  I didn't hear that.
10              THE INTERPRETER:  I don't know.  My kids are in the
11   back.
12              THE COURT:  You would like a lawyer?
13              THE DEFENDANT:  Yes.
14              THE COURT:  Okay.  I think that's a good idea.  I'll
15   appoint the Federal Defender Office.
16              MS. MCGUNN:  Thank you, your Honor.
17              Nancy McGunn from the Federal Defender Office.  Your
18   Honor, just one point.  Ms. Garcia and I met, and actually Ms.
19   Garcia's English is quite good meeting in person, that's why
20   she mentioned to the Court she didn't need the complaint
21   translated.
22              THE COURT:  I understand.
23              MS. MCGUNN:  Right.  It's just for court purposes, I
24   think we may --
25              THE COURT:  Okay.
```

```
 1             MS. MCGUNN:  That's where the confusion may be.
 2             THE COURT:  That's fine, Ms. Garcia.  And if, however,
 3   there's anything in that complaint -- sometimes there's legal
 4   language in here that, you know, I speak English, I don't
 5   always understand it, but if there's anything you don't
 6   understand, we have an interpreter available to assist you.  Is
 7   that all right?  Okay.
 8             THE INTERPRETER:  Okay.
 9             THE COURT:  All right.  In terms, I assume the
10   Government is seeking detention in this as well?
11             MR. LIEVENSE:  Yes, your Honor.  And the Government
12   would request a detention hearing to be held on Wednesday.
13             THE COURT:  Okay.  Ms. McGunn?
14             MS. MCGUNN:  Yes, your Honor, Wednesday is fine.
15             THE COURT:  Okay.  Ms. Garcia, I'm going to order you
16   temporarily detained.  I'll set this for a detention hearing
17   for Wednesday, April 11th, at one o'clock p.m.
18        Okay.
19             MS. MCGUNN:  Thank you.
20        (Matter concluded, 3:31 p.m.)
21                    *           *           *
22
23
24
25
```

```
 1
 2                    **CERTIFICATE OF REPORTER**
 3
 4       I certify that the foregoing is a correct transcript
 5  from audio recorded proceedings in the above-entitled cause on
 6  the date hereinbefore set forth.
 7
 8
 9                       s/ Christin E. Russell
10            CHRISTIN E. RUSSELL, CSR, RPR, FCRR, CRR
11                   Federal Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```